## IN THE SUPERIOR COURT OF DECATUR COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| MEREDIAN HOLDINGS GROUP, INC., MEREDIAN, INC. and DANIMER SCIENTIFIC, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL PEREIRA, ALTON GROUP, LLC, ALTON CONSULTING GROUP, LLC, ALTON GROUP, INC., ALTON BIO, LLC, ALTON BIO I, LLC, RACHAEL PEREIRA and THE HOUSE OF MIAMI, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 16CV00254 |

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

**TO:** The Plaintiffs
(Meredian Holdings Group, Inc., Meredian, Inc. and Danimer Scientific, LLC)
c/o Patricia G. Griffith
Leanne C. Mehrman
Ford & Harrison LLP
271 17th Street N.W., Suite 1900
Atlanta, Georgia 30363

**TO:** Cecilia Willis, Clerk
Superior Court of Decatur County
P.O. Box 336
Bainbridge, Georgia 39818

**PLEASE TAKE NOTICE** that the undersigned, pursuant to 28 U.S.C. § 1446(d), hereby gives notice of removal of a civil action from the Superior Court of Decatur County, State of Georgia, to the United States District Court for the Middle District of Georgia, Albany Division, pursuant to 28 U.S.C. § 1441. A copy of the Notice of Removal is attached hereto, the same having been assigned Case No. 1:16-CV-124.

By virtue of law, the aforesaid case is now removed and the Superior Court of Decatur County, State of Georgia, shall proceed no further unless and until the case is remanded.

Dated: This 1st day of July, 2016

                                      Respectfully submitted,

                                      By: s/ *Shuli Green*
                                          Shuli L. Green
                                          Georgia Bar No. 297460

                                    **Attorney for Defendants**

Cohen, Cooper, Estep & Allen, LLC
3330 Cumberland Boulevard
Suite 600
Atlanta, Georgia 30339
Telephone: 404.814.0000 Ext. 205
Facsimile: 404.745.0740
sgreen@atl-lawyers.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served counsel for opposing party with a copy of the within and foregoing DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL by depositing a copy of same in the United States mail in an envelope properly addressed to the following, with adequate postage thereon to ensure proper delivery to the following:

Patricia G. Griffith<br>
Leanne C. Mehrman<br>
Ford & Harrison LLP<br>
271 17th Street N.W.<br>
Suite 1900<br>
Atlanta, Georgia 30363

This 1st day of July 2016.

By: s/ *Shuli Green*
Shuli L. Green
Georgia Bar No. 297460

**Attorney for Defendants**

Cohen, Cooper, Estep & Allen, LLC
3330 Cumberland Boulevard
Suite 600
Atlanta, Georgia 30339
Telephone: 404.814.0000 Ext. 205
Facsimile: 404.745.0740
sgreen@atl-lawyers.com

3